### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYRONE GILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-20-457-J |
| | ) |
| S. YOUNG, et al., | ) |
| | ) |
| Respondents. | ) |

### ORDER

Petitioner, a federal prisoner proceeding pro se and in forma pauperis, filed this action against Defendants under 28 U.S.C. § 2241. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with Title 28 U.S.C. § 636. [Doc. No. 4]. Judge Erwin ordered Petitioner to either pay his filing fee or submit a proper motion for leave to proceed in forma pauperis. [Doc. No. 6]. Petitioner failed to do either, and Judge Erwin submitted a report and recommendation recommending the action be dismissed without prejudice. [Doc. No. 7]. Petitioner has not filed an objection and has therefore waived any right to appellate review of the factual and legal issues in the report and recommendation. *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Because Petitioner has failed to comply with the Court's orders, the Court ADOPTS the Report and Recommendation [Doc. No. 7]. Petitioner's petition is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of July, 2020.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE